MICHELE BECKWITH
Acting United States Attorney
KRISTIN F. SCOTT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Mar 27, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> PEDRO DAMIAN HERNANDEZ OLVERA, aka "Wilfredo Hevia Ortega," <br><br> Defendant. | CASE NO. 2:25-cr-0082 DJC <br><br> ORDER TO SEAL |

The Court hereby orders that the Indictment, the Petition of Assistant United States Attorney Kristin F. Scott to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

Dated: March 27, 2025

_____
CAROLYN K. DELANEY
United States Magistrate Judge