UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
April 7, 2025
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:25-cr-0082 DJC |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| PEDRO DAMIAN HERNANDEZ OLVERA | |
| Defendant. | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release PEDRO DAMIAN HERNANDEZ OLVERA Case No. 2:25-cr-0082 DJC Charges 18 USC §1542 from custody for the following reasons:

      Release on Personal Recognizance

**x**    Bail Posted in the Sum of $   $10,000 cash

      Unsecured Appearance Bond $

      Appearance Bond with 10% Deposit

      Appearance Bond with Surety

      Corporate Surety Bail Bond

      (Other):

Issued at Sacramento, California on April 7, 2025 at 10:10 AM.

By:   /s/ Carolyn K. Delaney

Chief Magistrate Judge Carolyn K. Delaney