MICHELE BECKWITH
Acting United States Attorney
ROSANNE RUST
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:25-CR-00082-DJC |
| Plaintiff, | ORDER FOR DISMISSAL OF INDICTMENT |
| v. | [Fed. R. Crim. P. 48(a)] |
| PEDRO DAMIAN HERNANDEZ OLVERA AKA "WILFREDO HEVIA ORTEGA," | |
| Defendant. | |

**ORDER**

The court hereby orders the indictment in case number 2:25-cr-00082-DJC, filed on March 27, 2025, be DISMISSED without prejudice.

IT IS SO ORDERED.

Dated: April 28, 2025          /s/ Daniel J. Calabretta
                               THE HONORABLE DANIEL J. CALABRETTA
                               UNITED STATES DISTRICT JUDGE

1