HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710
mia_crager@fd.org

Attorney for Defendant
PEDRO DAMIAN HERNANDEZ OLVERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-0082-DJC |
| Plaintiff, | **[PROPOSED]** ORDER EXONERATING BOND |
| vs. | |
| PEDRO DAMIAN HERNANDEZ OLVERA | |
| Defendant. | |

The Court hereby grants the request to exonerate the $10,000 bond posted to secure Defendant's pre-trial release and authorizes the Clerk of the United States District Court for the Eastern District of California to return the $10,000 to Mr. Olvera's brother by mail at an address provided by the Office of the Federal Defender.

IT IS SO ORDERED.

Dated:   April 30, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

-1-